# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KINDRA ROBERTSON | Case No. CV11-9050 JAK (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MCNEIL-PPC, INC. AND JOHNSON & JOHNSON, AND DOES 1-50 | **JS-6** |
| Defendants. | |

Defendants JOHNSON & JOHNSON and McNEIL-PPC, INC.'s (collectively "Defendants") Motion for Summary Judgment was granted by order dated June 19, 2013, ECF No. 209.

**JUDGMENT**

012180.003506/907282.1

1  THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff Kindra
2 Robertson take nothing, that the action be dismissed on the merits and that
3 Defendants recover their costs.
4
5
6 DATED: July 8, 2013   _____
7                        HONORABLE JOHN A. KRONSTADT
                         UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGMENT**

012180.003506/907282.1