UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KINDRA ROBERTSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>MCNEIL-PPC, INC and DOES 1-50,<br><br>                    Defendants. | ) Case No. 2:11-cv-09050-JAK-SS<br>)<br>) Hon. John A. Kronstadt<br>)<br>) **JUDGMENT**<br>)<br>) **JS-6**<br>)<br>) Final Pretrial<br>) Conference:      October 20, 2014<br>)<br>) Trial Date:      October 28, 2014<br>) |

/ / /

/ / /

/ / /

/ / /

/ / /

1

This matter having been assigned for trial on October 28, 2014, the Honorable John A. Kronstadt, presiding; Daniel K. Balaban of the law firm of Balaban & Spielberger, and Browne Greene of the law firm of Greene Broillet & Wheeler, LLP appearing for plaintiffs Kindra Robertson and Chapter 7 Trustee Steven Speier (collectively, "Plaintiffs"); and John D. Winter of the law firm of Patterson, Belknap, Webb & Tyler LLP, G. Brian Jackson of the law firm of Butler Snow LLP, and Su-Lyn Combs of the law firm of Tucker Ellis LLP, appearing for defendant McNEIL-PPC, Inc. ("Defendant").

A jury of eight persons were regularly impaneled and sworn to try the action. Witnesses called by Plaintiffs and Defendant were sworn and examined, and stipulations were entered into the record by counsel. After hearing the evidence, the argument of counsel, and instructions of the Court, the jury retired to consider its verdict, and subsequently returned into the Court, and duly rendered their verdict in writing on November 10, 2014.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that, consistent with the jury's verdict, Plaintiffs take nothing by reason of the Complaint from Defendant. Defendant shall recover its costs pursuant to Federal Rule of Civil Procedure 54.

DATED:  December 2, 2014

_____
Honorable John A. Kronstadt
United States District Court Judge

**Error! Unknown document property name.**